UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| -against- | : | 04 Cr. 451 (WHP) |
| Robert H. Dupes et al, | : | <u>ORDER</u> |
| Defendants. | : | |

-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

  The Clerk of Court is directed to unseal the indictment, ECF No. 1, under 04 Cr. 451 (WHP).

Dated: July 24, 2020
   New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.